UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Nov 20   1 40 PH '03

VICTOR CUEVAS,                          :
                                        :
              Plaintiff                 :
                                        :
        v.                              :     3:02-CV-00586   (EBB)
                                        :
PREFERRED MUTUAL INSURANCE and :
MELANIE BENJAMIN,                       :
              Defendants                :
                                        :


REFERRAL TO MAGISTRATE JUDGE JOAN GLAZER MARGOLIS


____ | All purposes except trial, unless the parties consent to
trial | before the magistrate judge
  (orefcs)

____ | A ruling on all pretrial motions except dispositive motions
(orefmisc./dscv)

____ | To supervise discovery and resolve discovery disputes
(orefmisc./dscv)

____ | A ruling on the following motions which are currently
pending (oref):

_X__ | A settlement conference (orefmisc./cnf)


____ | A conference to discuss the following: (orefmisc./cnf)


____ | Other: (orefmisc./misc)

SO ORDERED this _19_ th day of _November_, 2003 at
New Haven, Connecticut.

ELLEN BREE BURNS, SENIOR JUDGE

UNITED STATES DISTRICT COURT