IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Nov 21  3 13 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

---------------------------------------------x
VICTOR CUEVAS                    :    3:02CV586(EBB)
                                 :
v.                               :
                                 :
PREFERRED MUTUAL INS. CO., ET    :    NOVEMBER 21, 2003
AL.                              :
---------------------------------------------x

### ORDER

On November 20, 2003, Senior Judge Ellen B. Burns referred <u>Victor Cuevas v. Preferred Mutual Insurance Co., et al.</u> to this Magistrate Judge. (<u>See</u> Dkt. #33). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 21st day of November, 2003.

Joan G. Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)