UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rescheduled Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

February 10, 2004

2:00 PM

*Held 2:00 - 3:30 (1 hr 30 min)*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF THEY
ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:02CV586** (EBB) **Cuevas v. Preferred Mutual Ins.**

| | |
|---|---|
| ✓ Peter A. Kelly<br>6892 Coronado Memorial Drive<br>P.O. Box 63<br>Palominas, AZ 85615 | ✓ Victor Cuevas |
| W. Glen Pierson<br>Loughlin, FitzGerald, Kamp, Henrici<br>Molloy, Rizzo & Reed<br>150 South Main St<br>Wallingford, CT 06492<br>203-265-2035 | Preferred Mutual Ins. Co.<br>Melanie Benjamin |
| ✓ Charles Phillip Reed<br>Loughlin, FitzGerald, Kamp, Henrici<br>Molloy, Rizzo & Reed<br>150 South Main St<br>Wallingford, CT 06492<br>203-265-2035 | Preferred Mutual Ins. Co.<br>Melanie Benjamin |
| J. Michael Sulzbach<br>385 Orange St.<br>New Haven, CT 06511<br>203-781-0080 | Victor Cuevas |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK