UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Victor Curvas

V.                                Case Number: 3:02cv586(EBB)

Preferred Mutual Ins.

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on 7/22/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on August 21, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, July 26, 2004.


KEVIN F. ROWE, CLERK

By: _P A Moore_
P.A.Moore
Deputy Clerk