UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
***********************
                      *
VICTOR CUEVAS,        *     CIVIL NO.: 3:02 CV 00586 (EBB)
    plaintiff        *
                      *
v.                    *
                      *
                      *
PREFERRED MUTUAL      *
  INSURANCE COMPANY   *     STIPULATION FOR DISMISSAL
  and MELANIE BENJAMIN,*
    defendants       *
                      *
***********************
```

Under FRCVP 41(a)(1)(ii), the parties stipulate to dismissal of this action, with prejudice. No costs.

PLAINTIFF, VICTOR CUEVAS

By: _____ 22 July 04
Peter A. Kelly, His Attorney
6892 Coronado Memorial, P.O. Box 63
Palominas, AZ 85615
Tel. 520 366 0112
Fed. bar no. ct000184

DEFENDANTS, PREFERRED MUTUAL
INSURANCE COMPANY and MELANIE
BENJAMIN

By: _____
Charles P. Reed, Loughlin Fitzgerald, Their Attorneys
150 South Main Street
Wallingford, CT 06492
Tel. 203 265 2035
Fed. bar no. CT 07750